IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   **09-cv-180-AP**

**JAVAN A. GADLIN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Patrick Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
Telephone: 719-632-4808
FAX: 719-632-4807
E-mail: Patrick@2spencers.com
Attorney for Plaintiff

For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:**  January 29, 2009

**B.  Date Complaint Was Served on U.S. Attorney's Office:** February 2, 2009

**C. Date Answer and Administrative Record Were Filed:**  April 3, 2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7.  OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A.  Plaintiffs Opening Brief Due:** June 16, 2009

**B.  Defendant's Response Brief Due:** July 16, 2009

**C.  Plaintiffs Reply Brief (If Any) Due:** July 31, 2009

**9. STATEMENT REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Plaintiff does not consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 23rd day of April 2009.

BY THE COURT:

*s/John L. Kane*

US. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| Patrick Spencer<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>Telephone: 719-632-4808<br>FAX: 719-632-4807<br>E-mail: Patrick@2spencers.com<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>Stephanie.Kiley@ssa.gov<br>Attorneys for Defendant. |