IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00180-PAB

JAVAN A. GADLIN, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER APPROVING MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

---

This matter is before the Court on plaintiff's Unopposed Motion for Attorney Fee Pursuant to the Equal Access to Justice Act [Docket No. 21]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion for Attorney Fee [Docket No. 21] is granted, and defendant is ordered to pay the amount of $7,500.00 to plaintiff for attorney fees under the Equal Access to Justice Act ("EAJA"). It is further

**ORDERED** that payment of the $7,500.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA costs and fees in connection with this action. It is further

**ORDERED** that this award is without prejudice to the right of plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

DATED June 15, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge